UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MCPHEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | Case No. 3:25-cv-07947<br>Judge: Hon. Charles R. Breyer<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF CHRISTOPHER MCPHEE'S ADMINISTRATIVE MOTION TO RELATE CASES |
| RICKY SULLIVAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC and PROSPER MARKETPLACE, INC.<br><br>Defendants. | Case No. 3:25-cv-8232<br>Magistrate Judge: Hon. Alex G. Tse |

|  |  |
|---|---|
| MOUNIR TAMMAR, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>        v.<br><br>PROSPER FUNDING, LLC,<br><br>                        Defendant. | Case No. 3:25-cv-8634<br>Judge: Joseph C. Spero |

This matter comes before the Court on Plaintiff Christopher McPhee's Administrative Motion to Relate Cases pursuant to Civ. L. R. 3-12 and 7-11.

This Court, having considered Plaintiff's motion to relate *McPhee v. Prosper Funding, LLC*, No. 3:25-cv-07947, *Sullivan v. Prosper Funding, LLC et al.*, No. 3:25-cv-8232, and *Tammar v. Prosper Funding, LLC*, No. 3:25-cv-08634, and good cause appearing, HEREBY GRANTS the motion.

These actions concern substantially the same parties, property, transactions, or events, and it appears likely that proceeding before different judges would result in unduly burdensome duplication of labor or expense or risk conflicting rulings. Therefore, the above matters are hereby related and reassigned to the undersigned judge.

Dated:  October 14, 2025

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF CHRISTOPHER MCPHEE'S
ADMINISTRATIVE MOTION TO RELATE CASES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF CHRISTOPHER MCPHEE'S
ADMINISTRATIVE MOTION TO RELATE CASES